**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

THOMAS LALLY and JANET LALLY, h/w
and FAYE LALLY,

                           Plaintiffs,

        vs.

CLIENT SERVICES, INC.

                Defendant.

CIVIL DIVISION

No:  08-01042

**HONORABLE ROBERT C. MITCHELL**

**ELECTRONICALLY FILED**

**STIPULATION FOR DISCONTINUANCE**

     AND NOW, come the Plaintiffs, THOMAS LALLY, JANET LALLY and FAYE
LALLY and Defendant, CLIENT SERVICES, INC., by and through their undersigned counsel
and herein stipulate and agree that the above-referenced matter has been settled and that the
above-referenced lawsuit shall be discontinued, with prejudice.

Dated: November  7, 2008

Respectfully submitted,

**WARREN, VULLINGS & VASSALLO,**
**LLP**

BY:   s/ Bruce Warren
        BRUCE WARREN, ESQUIRE
        **Counsel for Plaintiffs**
        **Thomas Lally, Janet Lally and Faye**
        **Lally**
        1603 Rhawn Street
        Philadelphia, Pennsylvania 19111
        215-745-7880
        bruce@warrenvullingslaw.com

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**

BY:   s/ Danielle M. Vugrinovich
        DANIELLE M. VUGRINOVICH,
        ESQUIRE
        PA ID #88326
        **Counsel for Defendant**
        **Client Services, Inc.**
        US Steel Tower, Suite 2900
        600 Grant Street
        Pittsburgh, PA  15219
        412-803-1185
        412-803-1188
        dmvugrinovich@mdwcg.com